UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACS RECOVERY SERVICES, INC.,                x

                Plaintiff,             Filed ECF

v.                                          Civil Action No. 07cv7362 (VM)

MICHELLE MARSHALL,

                Defendants.          x

---

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Glenn E. Butash, formerly associated with Day Pitney LLP, respectfully moves to withdraw his appearance filed in this matter on behalf of ACS Recovery Services, Inc. This motion is made pursuant to Rule 1.4 of the Local Rules of Federal Civil Procedure, and further on the basis that the undersigned is no longer associated with Day Pitney. Substitute counsel, M. Alexander Bowie, II and Mikhal Francois of Day Pitney LLP have filed an appearance in lieu thereof on behalf of ACS Recovery Services, Inc.

WHEREFORE, in accordance with the foregoing representations, the undersigned respectfully requests that this Court withdraw his appearances as counsel to the plaintiff, ACS Recovery Services, Inc.

Dated: New York, New York
      October 31, 2007

                      By:   /s/ Glenn E. Butash
                              Glenn E. Butash (GB 4695)

## CERTIFICATE OF SERVICE

       THIS IS TO CERTIFY that on this date, copies of the foregoing Motion to Withdraw Appearance, filed electronically by Glenn E. Butash, were transmitted by e-mail to all registered electronic filers. This is to further certify that on this date, copies of this motion were transmitted to the parties and in the manner set forth below:

***FIRST CLASS MAIL, POSTAGE PREPAID***

Michelle Marshall
392 Central Park West, #20L
New York, NY 10026


Oscar Michelen, Esq.                                      *Courtesy Copy*
Sandback, Birnbaum & Michelin
200 Old Country Road, Suite 2S
Mineola, New York 11501-4242

                                                               /s/ Glenn E. Bustash
                                                                Glenn E. Butash (GB 4695)