*MARRERO, J*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 11-1-07         │
└─────────────────────────────┘
```

ACS RECOVERY SERVICES, INC.,                    x

        Plaintiff,

            ECF Case

v.                                              Civil Action No. 07cv7362 (VM)

MICHELLE MARSHALL,

        Defendants.                    x

## ORDER ON MOTION TO WITHDRAW APPEARANCE

Upon the Motion of Glenn E. Butash, formerly associated with Day Pitney LLP, seeking

to withdraw his appearance on behalf of the plaintiff, ACS Recovery Services, Inc., it is hereby

ORDERED that the appearance of Glenn E. Butash, formerly associated with Day Pitney

LLP, is withdrawn as counsel of record to the plaintiff, ACS Recovery Services, Inc., as

substitute counsel from Day Pitney LLP has filed an appearance in lieu thereof.

Dated at New York, New York this 31st day of October, 2007.

BY THE COURT,

The Honorable    **Victor Marrero**
United States District Judge