AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **NEW YORK** _____

ACS RECOVERY SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: **07 CV 7352**

JUDGE MARRERO

MICHELLE MARSHALL

TO: (Name and address of defendant)

> **Michelle Marshall**
> **392 Central Park West, Apt. 20L**
> **New York, NY  10025**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> **Glenn E. Butash, Esq.**
> **Day Pitney LLP**
> **7 Times Square**
> **New York, NY 10036-7311**

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    AUG 1 7 2007

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/14/2007 |
| NAME OF SERVER *(PRINT)*  JAIME A. EMERIC | TITLE Managing Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY PERSONAL, BY-HAND DELIVERY TO OFFICE OF DEFENDANTS ATTORNEYS, SANDBACK, BIRNBAUM & MICHELEN, LLP, TWO PENNSYLVANIA PLAZA, N.Y. N.Y. 10121 AND LEAVING SAME WITH MAURICE BOLDEN Jr., LEGAL ASSISTANT AUTHORIZED TO ACCEPT LEGAL PAPER AT The AFOREMENTIONED LOCATION ON 12/14/07 AT 12:15 PM.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/2007
Date

_____
Signature of Server

**DAY PITNEY** LLP
7 Times Square
New York, NY 10036-7311

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ACS RECOVERY SERVICES, INC.,

                              Plaintiff,            Case No. 07cv7352 (VM) (DFE)

             -against-

MICHELLE MARSHALL,                                  **ACKNOWLEDGMENT OF**
                              Defendant.            **SERVICE**

------------------------------------------------------------------X

TO:

Oscar Michelen, Esq.
SANDBACK, BIRNBAUM & MICHELEN, LLP
Two Pennsylvania Plaza                    200 Old Country Road
Suite 1996                                Suite 2 South
New York, NY 10121                        Mineola, NY 11501
(212)517-3200  fax: (212)279-3509         (516)248-8000   fax: (516)741-9398
*Attorney for Defendant*

        The undersigned represents that he is authorized to accept service of process in the

above-captioned matter on behalf of defendant Michelle Marshall, and hereby acknowledges

service of the attached Summons, Complaint, Rule 7.1 Statement, Individual Rules of Judge

Marrero, Individual Rules of Magistrate Judge Eaton, 3rd Amended Instructions for Filing an

Electronic Case or Appeal, Procedures for Electronic Case Filing, and Guidelines for Electronic

Case Filing, on this 14th day of December, 2007.

                              SANDBACK, BIRNBAUM & MICHELEN, LLP
                              *Attorneys for Defendant Michelle Marshall*

             By:      _____
                              Oscar Michelen, Esq.
                              Two Pennsylvania Plaza
                              Suite 1996
                              New York, NY 10121
                              (212)517-3200  fax: (212)279-3509

                              200 Old Country Road
                              Suite 2 South
                              Mineola, NY 11501
                              (516)248-8000   fax: (516)741-9398