LAW OFFICES OF

## SANDBACK, BIRNBAUM & MICHELEN

*Established 1977*

DONALD H. BIRNBAUM*
WILLIAM A. SANDBACK**
OSCAR MICHELEN*

JOHN J. HALTON

*ALSO DISTRICT OF COLUMBIA BAR
**ALSO FLORIDA BAR
*ALSO NEW JERSEY BAR
†ALSO GEORGIA BAR
††CALIFORNIA & IOWA BARS ONLY
**PENNSYLVANIA BAR

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
www.lawoncall.com

MARK FONTE**
RAYMOND GAZZO††
WILLIAM J. MCKENNEY†
A. STEVEN YOUNG
CHANG YUN*
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE - 516-741-9398

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

January 2, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1-4-08

VIA FAX TO CHAMBERS:
Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
Suite 660
New York, New York 10007

Re: ACS RECOVERY SERVICES, INC.,
vs. MICHELLE MARSHALL
Case No.: 07 CV 7362 (VM)(DFE)

Dear Judge Marrero:

I am the attorney for the defendant in the above matter. Last week, I wrote to ask the court to grant an extension of time for the defendant Michelle Marshall to answer, move against or otherwise respond to the complaint filed in this matter up to and including the 31st day of January 2008. No prior request for this relief has been made. The plaintiff consents to the adjournment.

I am writing to advise the court that an incorrect case number was on the letter. The correct number is **07cv7362**.

Thank you for your courtesy and attention to this matter.

Very truly yours,

OSCAR MICHELEN (OM5199)

EXTENSION APPROVED:

_____
U.S.D.J.

> Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 1-31-08.
>
> SO ORDERED.
>
> 1-4-08
> DATE        VICTOR MARRERO, U.S.D.J.