UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ACS RECOVERY SERVICES, INC.,

                    Plaintiff,        Case No. 07cv7362 (VM) (DFE)

-against-

MICHELLE MARSHALL,               STIPULATION

                    Defendant.

-------------------------------------------------------X

It is hereby stipulated and agreed by and between the undersigned that the Complaint filed by ACS Recovery Services, Inc. against defendant in the captioned matter be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to either party.

SANDBACK, BIRNBAUM                              DAY PITNEY LLP
& MICHELEN, LLP                                      *Attorneys for Plaintiff*
*Attorneys for Defendant Michelle Marshall*        *ACS Recovery Services, Inc.*

By: /s/ Oscar Michelen                             By: /s/ M. Alexander Bowie
Oscar Michelen, Esq. (OM 5199)             M. Alexander Bowie, II (MB-6826)
Two Pennsylvania Plaza                          Mikhal T. Francois (MF-3301)
Suite 1996                                            7 Times Square
New York, NY 10121                             New York, NY 10036
(212)517-3200 fax: (212)279-3509          (212)297-5800 fax: (212)916-2945

DATED: 1/30/08                                      DATED: 2/5/08

83015105A01012908