USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ACS RECOVERY SERVICES, INC.,

                    Plaintiff,      Case No. 07cv7362 (VM) (DFE)

-against-

MICHELLE MARSHALL,               STIPULATION
                    Defendant.

----------------------------------------X

It is hereby stipulated and agreed by and between the undersigned that the Complaint filed by ACS Recovery Services, Inc. against defendant in the captioned matter be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to either party.

SANDBACK, BIRNBAUM                      DAY PITNEY LLP
& MICHELEN, LLP                                Attorneys for Plaintiff
*Attorneys for Defendant Michelle Marshall*         *ACS Recovery Services, Inc.*

By: /s/ Oscar Michelen                        By: /s/ M. Alexander Bowie II
Oscar Michelen, Esq. (OM 5199)            M. Alexander Bowie, II (MB-6826)
Two Pennsylvania Plaza                       Mikhal T. Francois (MF-3301)
Suite 1996                                        7 Times Square
New York, NY 10121                         New York, NY 10036
(212)517-3200  fax: (212)279-3509       (212)297-5800 fax: (212)916-2945
DATED: 1/30/08                             DATED: 2/8/08

SO ORDERED: The Clerk of Court is directed to withdraw any pending motions and close this case.

2-11-08
DATE    VICTOR MARRERO, U.S.D.J.